FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 01, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALFREDO LAZCANO and YELENA LAZCANO, and the marital community comprised thereof,<br><br>Plaintiffs,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC. a Georgia Limited Liability Company,<br><br>Defendant. | No. 2:16-CV-0031-SMJ<br><br>**ORDER DISMISSING CASE** |

On May 27, 2017, the parties filed a stipulated dismissal, ECF No. 44. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

1. The parties' Stipulation and Order of Dismissal with Prejudice, **ECF No. 44**, is **GRANTED.**

2. All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

3. All pending motions are **DENIED AS MOOT.**

4. All hearings and other deadlines are **STRICKEN.**

ORDER DISMISSING CASE **-** 1

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 1st day of June 2017.

_____
SALVADOR MENDOZA, JR.
United States District Judge